IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BCS Insurance Company, | C/A No.: 3:12-CV-933-JFA |
| Plaintiff, | |
| vs. | ORDER |
| Big Thyme Enterprises, Inc.; David A. Crotts & Associates, Inc.; and David A. Crotts, | |
| Defendants. | |
| David A. Crotts & Associates, Inc. and David A. Crotts, | |
| Counter Claimants, | |
| vs. | |
| BCS Insurance Company, | |
| Counter Defendant. | |

This matter comes before the court on Defendant Big Thyme Enterprises, Inc.'s ("Big Thyme") Motion to Set Aside Default. (ECF No. 31). For good cause shown, this court hereby grants Big Thyme's motion. Accordingly, the Clerk is directed to strike the entry of default as to Big Thyme. Big Thyme is directed to file an answer and any affirmative defenses or counterclaims that it wishes to assert by August 24, 2012.

IT IS SO ORDERED.

August 2, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge