IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| BCS Insurance Company, ) | C/A No.: 3:12-CV-933-JFA |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| Big Thyme Enterprises, Inc.; David ) | |
| A. Crotts & Associates, Inc.; David ) | |
| A. Crotts, ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| David A. Crotts & Associates; David ) | |
| A. Crotts, ) | |
| ) | |
| Counter Claimant, ) | |
| ) | |
| vs. ) | |
| ) | |
| BCS Insurance Company, ) | |
| ) | |
| Counter Defendant. ) | |
| _____) | |

For the reasons announced in open court during the hearing on August 13, 2012, Plaintiff BCS Insurance Company's Motion to Dismiss (ECF No. 17) is hereby granted. Accordingly, the Counterclaim of Defendants David A. Crotts and David A. Crotts & Associates is dismissed without prejudice.

IT IS SO ORDERED.

August 13, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge