AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| BCS Insurance Company,<br>*Plaintiff,*<br>v.<br>Big Thyme Enterprises, Inc.; David A. Crotts & Associates, Inc.; and David A. Crotts,<br>*Defendants.*<br><br>David A. Crotts & Associates, Inc. and David A. Crotts,<br>*Counter Claimants,*<br>v.<br>BCS Insurance Company,<br>*Counter Defendant* | Civil Action No.   3:12-CV-933-JFA |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other:  Summary Judgment is entered in favor of the plaintiff on its claims and against defendant Big Thyme Enterprises, Inc. as to its counterclaims which are dismissed with prejudice.  The court further orders that the counterclaim asserted by defendants David A. Crotts & Associates, Inc. and David A. Crotts is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr., United States District Judge, presiding, who granted summary judgment in favor of the plaintiff.

Date:   February 14, 2013                                              *CLERK OF COURT*

                                                                                   s/Brian D. Shropshire
                                                                    *Signature of Clerk or Deputy Clerk*